IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JULIO CHANTELLO WILLIAMS

v.　　　　　　　　　　　　　　　　Criminal No. 1:18cr37-HSO-JCG-1
　　　　　　　　　　　　　　　　　　Civil No. 1:20cv149-HSO

UNITED STATES OF AMERICA

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT JULIO CHANTELLO WILLIAMS'S MOTION [64] TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. § 2255 AND DENYING DEFENDANT'S MOTION [66] FOR STAY**

BEFORE THE COURT is Defendant Julio Chanetello Williams's simultaneously filed Motion [64] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed pursuant to 28 U.S.C. § 2255, and his Motion [66] for Stay.  Defendant's Motion [66] for Stay seeks the Court's leave to amend his Motion [64] to Vacate after the national emergency caused by the COVID-19 pandemic has ended.

After reviewing the record, the Court is of the opinion that Defendant's deadline by which to file a Motion to Vacate under 28 U.S.C. § 2255 is not until August 14, 2020.  In order to avoid piecemeal filings and to afford Defendant time to assert all of his claims in a single Motion, the Court will deny his Motions [64] [66] without prejudice and will direct Defendant to file a single Motion asserting all grounds on which he claims relief under 28 U.S.C. § 2255 on or before August 14,

1

2020.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant Julio Chantello Williams's Motion [64] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed pursuant to § 2255, and his Motion [66] for stay are **DENIED WITHOUT PREJUDICE**.  Defendant is directed that he may file a single Motion asserting all of his claims no later than August 14, 2020.

**SO ORDERED AND ADJUDGED**, this the 4th day of May, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE