IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:18cr37-HSO-JCG-1
    CIVIL NO. 1:20cv149-HSO

JULIO CHANTELLO WILLIAMS

### FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

BEFORE THE COURT is Defendant Julio Chantello Williams's Motion [64] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 and his Motion [66] for Stay. For the reasons given in the Order denying Defendant's Motion [64] to Vacate and Motion [66] for Stay, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 4th day of May, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE